**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-23155-GAYLES**

**TIM HORTONS USA INC.,**

Plaintiff,

v.

**McKAY FAMILY RESTAURANTS, INC. and RANDY C. McKAY,**

Defendants.
_________________________________/

**ORDER GRANTING JOINT AGREED MOTION FOR ENTRY OF ORDER GRANTING MOTION TO ENFORCE SETTLEMENT AND FOR ENTRY OF FINAL JUDGMENT**

**THIS CAUSE** is before the Court on Plaintiff Tim Hortons USA, Inc. ("Plaintiff") and Defendants McKay Family Restaurants, Inc. and Randy C. McKay's (collectively "Defendants") Joint Agreed Motion for Entry of Order Granting Motion to Enforce Settlement and for Entry of Final Judgment (the "Joint Agreed Motion"), [ECF No. 32]. The Court has reviewed the Motion and the record and is otherwise fully advised. It is **ORDERED and ADJUDGED** that

1. The Joint Agreed Motion for Entry of Order Granting Motion to Enforce Settlement and for Entry of Final Judgment, [ECF No. 32], is **GRANTED**.
2. Plaintiff's Motion to Enforce Settlement, [ECF No. 19] is **GRANTED**.
3. In accordance with Federal Rule of Civil Procedure 58(a), Final Judgment will be entered separately.
4. As the prevailing party, Plaintiff is entitled to an award of attorneys' fees and costs which the parties have already stipulated to and are included in the amount of the Final Judgment.

5. This Court has jurisdiction over all of the Parties and retains jurisdiction to enforce this Order and the Judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of September, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**