**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-23155-GAYLES**

**TIM HORTONS USA INC.,**

Plaintiff,

v.

**McKAY FAMILY RESTAURANTS, INC. and RANDY C. McKAY**,

Defendants.

_______________________________________/

# FINAL JUDGMENT

**THIS CAUSE** is before the Court on Plaintiff Tim Hortons USA, Inc. ("Plaintiff") and Defendants McKay Family Restaurants, Inc. and Randy C. McKay's (collectively "Defendants") Joint Agreed Motion for Entry of Order Granting Motion to Enforce Settlement and for Entry of Final Judgment, [ECF No. 32], which the Court granted by separate Order, [ECF No. 33].

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters a final judgment in favor of Plaintiff Tim Hortons USA, Inc. against Defendants McKay Family Restaurants, Inc. and Randy C. McKay, jointly and severally, in the amount of $1,279,220.23, for which let execution issue.
2. This judgment shall accrue interest at the statutory rate.
3. Plaintiff's Motion to Enforce Settlement, [ECF No. 19] is **GRANTED**.

4. This Court shall retain jurisdiction to enforce the Judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of September, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**